

# COURT OF APPEALS

### THIRD DISTRICT OF TEXAS
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

JEFFREY D. KYLE, CLERK

March 5, 2015 *(handwritten: 12)*

The Honorable Velva L. Price
Civil District Clerk
Travis County Courthouse
P. O. Box 1748
Austin, TX 78767
* DELIVERED VIA E-MAIL *

RE:   Court of Appeals Number:   03-12-00497-CV
      Trial Court Case Number:   D-1-GN-10-004145

Style:   Edwin K. Lang
         v. Texas Department of Public Safety and Steven C. McCraw, Director of Texas Dept.
         of Public Safety

Dear Honorable Velva L. Price:

The Third Court of Appeals has issued the mandate in this cause.  Therefore, I am returning the following original exhibits:

Joint Exhibit 1 (2 boxes of administrative record).

Very truly yours,

Jeffrey D. Kyle, Clerk

**Filed in The District Court
of Travis County, Texas**

**MAR 1 2 2015**

At_____M.
**Velva L. Price, District Clerk**